IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTT PLACE PHARMACY, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 4:17-cv-1653 |
| UNITED HEALTH CARE OF TEXAS, AND OPTUMRX, LLC | § § § § | |
| Defendants. | § | |

### STIPULATED DISMISSAL WITH PREJUDICE

The parties hereby stipulate to dismissal of this action with prejudice, with each party bearing its own attorney's fees and costs.

Dated: July 28, 2017

Respectfully submitted,

By: /s/ Nizar A. DeWood
    Nizar A. DeWood, Esq.
    Texas Bar No. 24091997
    nizar@dewood-law.com

DeWood, P.C.
4200 Montrose Blvd., Suite 540
Houston, Texas 77006
Tel: (713) 492-2274
Fax: (888) 398-8428

ATTORNEYS FOR PLAINTIFF

By: /s/ Raymond E. Walker
    Andrew G. Jubinsky
    Texas Bar No. 11043000
    Fed. I.D. No. 8603
    andy.jubinsky@figdav.com
    **Attorney-in-Charge**

**Of Counsel:**
Raymond E. Walker
Texas Bar No. 24037663
Fed. I.D. No. 36366
ray.walker@figdav.com

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

ATTORNEYS FOR DEFENDANTS OPTUMRX, INC. AND UNITED HEALTHCARE SERVICES, INC.

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been served on the parties listed below on July 28, 2017.

**Via ECF:**

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas  75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090
*Attorneys for Defendants*

                                              */s/ Nizar DeWood*
                                              Nizar A. DeWood, Esq.