United States District Court
Southern District of Texas
**ENTERED**
July 31, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTT PLACE PHARMACY, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. 4:17-cv-1653 |
| UNITED HEALTH CARE OF TEXAS, AND OPTUMRX, LLC | § § § § | |
| Defendants. | § | |

### ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE

The parties having advised the Court that they stipulate to dismissal of this action with prejudice, it is accordingly

ORDERED, ADJUDGED and DECREED that the case is DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED and DECREED that all attorneys' fees and costs are taxed against the party incurring same.

SO ORDERED.

SIGNED this ~~20th~~ 28th day of July, 2017.

_____
HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE

---

Order Granting Stipulated Dismissal with Prejudice                                    Solo Page